UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CATHLEEN KENNY

                         Plaintiff

-against-

THE CITY OF NEW YORK; JAMES P. O'NEILL, as
Police Commissioner, Police Department City of New York;
CHRISTOPHER T. MONAHAN, as Captain; ROY T. RICHTER;
EBONY S. WASHINGTON, as Deputy Inspector, Patrol Borough
Staten Island; MELISSA A EGER, as Captain, Patrol Borough
Staten Island; ROBERT BOCCHINO, as Deputy Inspector, 120th
Precinct and RICHARD DINKLE, as Detective, 120th Precinct, each
Sued individually and in their official capacity as employees of
Defendant THE CITY OF NEW YORK

                         Defendants'
----------------------------------------------------------------x

**VOLUNTARY DISMISSAL**

18 cv 5347

Pursuant to Rule 41(a)(1)(A)(i), having no answer or motion for summary judgment filed in this action, Plaintiff CATHLEEN KENNY hereby give notice that she voluntarily dismisses all claims without prejudice against Defendants' THE CITY OF NEW YORK; JAMES P. O'NEILL; CHRISTOPHER T. MONAHAN; ROY T. RICHTER; EBONY S. WASHINGTON; MELISSA A. EGER; ROBERT BOCCHINO and RICHARD DINKLE. There are no costs to be assessed to any of the parties.

2/6/2019    So Ordered: _____
                             Kiyo A. Matsumoto
                             U.S. District Judge

Dated: February 6, 2019
New York, NY

Respectfully submitted,

By: _____
Eric Sanders (ES0024)

THE SANDERS FIRM, P.C.
30 Wall Street
New York, NY 10005
(212) 652-2782 (Business Telephone)
(212) 652-2783 (Facsimile)
Website: http://www.thesandersfirmpc.com